NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORY D. VOORHIS,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3221

---

Appeal from the Merit Systems Protection Board in No. DE0752090199-I-2.

---

**JUDGMENT**

---

THOMAS F. MUTHER, JR., Minahan and Muther, PC, of Denver, Colorado, argued for petitioner.

DOMENIQUE KIRCHNER, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD M. HUGHES, Deputy Director. Of counsel on the brief was ROBERT P. ERBE, Immigration and Customs Enforcement, United States Department of Homeland Security, of Tucson, Arizona.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST *and* REYNA, *Ciruit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 13, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk